# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 20-02301-CJC (DFMx) | Date | December 11, 2020 |
|---|---|---|---|
| Title | James Baird v. 3M Company et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (REMOVAL)

    This action was removed to this Court by **Defendant 3M Company** on **December 3, 2020**. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, a response to the Complaint is due the later of 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. Therefore, a response to the Complaint was due by **December 10, 2020**; no response has been filed. Accordingly, Plaintiff is ordered to show cause in writing on or before **December 17, 2020** why this Defendant should not be dismissed for lack of prosecution.

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. Therefore, the Order to Show Cause will stand submitted upon the filing of an appropriate response to this Order, the filing of a response to the Complaint by Defendant, or an application for the entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure.

|  | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | cw | | |